UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HYNES AVIATION INDUSTRIES, INC. dba HYNES AVIATION SERVICES, an Oklahoma corporation; et al.,<br><br>　　　　Defendants. | No. 2:13-cv-00288-MCE-KJN<br><br>**RELATED CASE ORDER** |
| HYNES AVIATION INDUSTRIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO E.D.M., INC., a California corporation; DAN FOLK, an individual,<br><br>　　　　Defendants. | No. 2:13-cv-01674-JAM-CKD |

　　The Court received the Notice of Related Cases filed October 14, 2014.

　　Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve

1

1 | many of the same defendants and are based on the same or similar claims, the same
2 | property transaction or event, similar questions of fact and the same questions of law,
3 | and would therefore entail a substantial duplication of labor if heard by different judges.
4 | Accordingly, the assignment of the matters to the same judge is likely to affect a
5 | substantial savings of judicial effort and is also likely to be convenient for the parties.

6 |     The parties should be aware that relating the cases under Local Rule 123 merely
7 | has the result that the above-referenced actions are assigned to the same judge; no
8 | consolidation of the action is affected.  Under the regular practice of this court, related
9 | cases are generally assigned to the district judge and magistrate judge to whom the first
10 | filed action was assigned.

11 |     IT IS THEREFORE ORDERED that the action denominated No. 2:13-cv-01674
12 | JAM-CKD, <u>Hynes Aviation Industries, Inc. v. Sacramento E.D.M., Inc., et al.</u>, is
13 | reassigned to Judge Morrison C. England, Jr., and Kendall J. Newman for all further
14 | proceedings, and any dates currently set in this reassigned case <u>only</u> is hereby
15 | VACATED.  Plaintiff Hynes Aviation Industries, Inc. is ORDERED to re-notice its October
16 | 9, 2014, Motion for Relief from Dismissal (ECF No. 39) for an available civil law and
17 | motions calendar in accordance with the local rules.  Henceforth, the caption on
18 | documents filed in the reassigned cases shall be shown as Case No. 2:13-cv-01674
19 | MCE-KJN.

20 |     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
21 | adjustment in the assignment of civil cases to compensate for this reassignment.

22 |     IT IS SO ORDERED.
23 | Dated:  October 14, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT