1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   SACRAMENTO E.D.M., a California          No.  2:13-cv-00288-MCE-KJN
     Corporation; DAN FOLK; an individual,
12
                      Plaintiffs,
13
     v.
14
     HYNES AVIATION INDUSTRIES, et
15   al.,

16                    Defendants.

17   ─────────────────────────────          No. 2:13-cv-01674-MCE-KJN

     HYNES AVIATION INDUSTRIES,
18
                      Plaintiff,
19
     v.
20
     SACRAMENTO E.D.M., a California
21   Corporation; DAN FOLK; an individual,    **ORDER**

22                    Defendants.

23

24

25

26

27

28
                                      1

1     Presently before the Court are Hynes Aviation Industries, Inc.'s ("Hynes")

2 unopposed Motions to Consolidate Related Cases (2:13-cv-00288, ECF 79; 2:13-cv-

3 01674, ECF No. 53).  Because of the common issues of fact between the two cases, see

4 Federal Rule of Civil Procedure 42(a)(2), and in the interest of judicial economy, Hynes's

5 Motions are GRANTED.[1]

6     Case No. 2:13-cv-00288 is designated as the "master file."  The Clerk of the Court

7 is directed to add all complaints and answers filed in Case No. 2:13-cv-01674 to the

8 master case, and to administratively close case No. 2:13-cv-01674.  The parties are

9 directed to file a Joint Status Report within thirty (30) days of the filing of this order, and

10 to file all future pleadings, motions, and other filings ONLY in case No. 2:13-cv-00288.

11     The hearing on Hynes's Motions, currently set for March 19, 2015, is hereby

12 vacated.

13     IT IS SO ORDERED.

14 Dated:  March 10, 2015

15

16

17 _____

    MORRISON C. ENGLAND, JR., CHIEF JUDGE

18     UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27     [1] Because oral argument will not be of material assistance, the Court orders this matter submitted

28 on the briefs.  E.D. Cal. Local Rule 230(g).